IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA LYNN HARNER-BRADY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-225-RP |
| | § | |
| MARSHA MCLANE, *in her official capacity as the Director of the Texas Civil Commitment Office,* et al., | § § § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Susan Hightower concerning Plaintiff Amanda Lynn Harner-Brady's ("Plaintiff") Complaint pursuant to 28 U.S.C. § 1915(e), (Dkt. 1). (R. & R., Dkt. 4). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Hightower issued her report and recommendation on March 19, 2024. (*Id.*). Plaintiff filed objections to the report and recommendation on April 4, 2024. (Objs., Dkt. 9).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 4), is **ADOPTED**. Plaintiff's claims against Defendant Texas Civil Commitment Office and all claims for monetary relief against Defendants Marsha McLane, April

Lambert, Kara Gougler, and Shelly Graham in their official capacities are **DISMISSED WITH PREJUDICE**.

The following claims remain: (1) Plaintiff's claims for prospective injunctive relief against Defendants Marsha McLane, April Lambert, Kara Gougler, and Shelly Graham in their official capacities, and (2) Plaintiff's claims against Defendants Lambert, Gougler, and Graham in their individual capacities.

**IT IS FURTHER ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff via certified mail.

**SIGNED** on April 12, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE